**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1537**

---

S. BOYD, Successor,

Plaintiff - Appellant,

v.

MUNICIPALITY ROBERSONVILLE,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern. Louise W. Flanagan, District Judge. (4:24-cv-00059-FL)

---

Submitted: November 25, 2025                    Decided: December 1, 2025

---

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

S. Boyd, Appellant Pro Se. Frederick Hughes Bailey, III, SUMRELL SUGG, PA, New Bern, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

S. Boyd appeals the district court's orders dismissing his 42 U.S.C. § 1983 complaint and denying reconsideration under Fed. R. Civ. P. 59(e).  We have reviewed the record and discern no reversible error.  Accordingly, we affirm the district court's orders. *Boyd v. Mun. Robersonville*, No. 4:24-cv-00059-FL (E.D.N.C. Dec. 4, 2024; Apr. 16, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
